HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>    vs.<br><br>NICOLE JOYNER<br><br>          Defendant. | Case No. 1:24-mj-00068-ZMF<br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

COMES NOW Gregory M. Heritage, Esq., of Heritage Law Firm, LLC, and enters his appearance representing Defendant NICOLE JOYNER in the case listed above.  Please send all correspondence and pleadings concerning this case to the address listed above.  This is a Criminal Justice Act (CJA) assignment.

Dated this 30th day of May, 2024

Respectfully Submitted:
/s/Gregory Heritage

_____
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**
I hereby certify that on 5/30/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com