HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>NICOLE JOYNER,<br><br>　　　　Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**MOTION TO SPECIFY THE DEFINITIONS AND ELEMENTS OF THE CHARGES** |

　　COMES NOW Defendant Nicole Joyner by and through her Attorney Gregory M. Heritage and submits this Motion to Specify the Definitions and Elements of the Charges and respectfully requests the following relief:

　　The Court grants the Motion by adopting the proposed definitions and elements of the charges at Exhibit 1.

　　Dated this 9th day of September, 2024

　　　　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　　　　/s/Gregory Heritage
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　GREGORY M. HERITAGE, ESQ.
　　　　　　　　　　　　　　District of Columbia Bar No. 472764

Motion to Specify the Definitions and Elements of the Charges
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 3

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## PROCEDURAL POSTURE

The government filed the Information on 8/15/2024.[1]  In that Information, the government alleges the following violations:

- Count 1: Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1);

- Count 2: Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2);

- Count 3: Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D);

- Count 4: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).

The Court set trial to begin on October 21, 2024.

## II.

## FACTS

The government alleges that Nicole Joyner, carrying a small American flag and occasionally joining in chants of "USA—USA," walked into and, shortly thereafter, walked out of the Capitol building on January 6, 2020.

---

[1] Document 21, Information, filed 8/15/2024, Case No. 1:24-cr-00371-JEB.

Motion to Specify the Definitions and Elements of the Charges
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 2 of 3

**III.**

**THE DEFINITIONS AND ELEMENTS OF THE CHARGES NEED TO BE PRECISELY DETERMINED LONG BEFORE TRIAL BEGINS**

To properly prepare for trial, the definitions and precise elements of the charges must be understood by all parties long before trial begins—particularly before final jury instructions are determined. The Judges and lawyers that routinely conduct these type of "J6" cases have worked hard to determine these definitions and elements.

These definitions and elements of the charges used in "J6" trials, have not yet been fully recorded in the Model Jury Instructions. Using the 2021 Criminal Jury Instructions for the District of Columbia, the criminal jury instruction 5.401 for Unlawful Entry appears to provide some guidance for these type of "J6" cases.

The defense understands, however, that the definitions and elements of the charges enclosed at Exhibit 1 are routinely used in trials. Accordingly, the defense respectfully requests that the Court approve the definitions and elements of the charges at Exhibit 1 so preparations for trial can be proper / precise.

Respectfully Submitted:
/s/Gregory Heritage

GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/9/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage

Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Motion to Specify the Definitions and Elements of the Charges
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 3 of 3