UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>        *Plaintiff*,<br><br>v.<br><br>DAVID ELIZALDE,<br><br>        *Defendant*. | Criminal Action No. 23-cr-170 (CJN) |

## FINAL BENCH INSTRUCTIONS

### I. Count One: Entering or Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

*Elements*

In order to find the defendant guilty of this offense, the factfinder must find that the government proved each of the following elements beyond a reasonable doubt:

*First*, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

*Second*, the defendant did so knowingly.

*Definitions*

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting. The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

The government must prove that the defendant knew that he had entered or remained in what he knew to be a restricted building or grounds and that he knew that he did not have lawful authority to enter that area. It is insufficient for the government to prove that the defendant merely knew that the area he entered or remained in was restricted in the colloquial sense. The government must instead prove that (A) the defendant knew that the area was posted, cordoned off, or otherwise restricted and (B) the defendant knew that the Vice President or the Vice President's immediate family was or would be temporarily visiting the area.

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. In deciding whether the defendant acted knowingly, the factfinder may consider all of the evidence, including what the defendant did, said, or perceived.

## II.     Count Two: Disorderly or Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2))

*Elements*

In order to find the defendant guilty of this offense, the factfinder must find that the government proved each of the following elements beyond a reasonable doubt:

*First*, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

*Second*, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

*Third*, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

*Definitions*

"Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process.

"Disorderly conduct" is conduct that tends to disturb the public peace or undermine public safety. Disorderly conduct includes when a person acts in such a manner as to cause another person to be in reasonable fear that a person or property in a person's immediate possession is likely to be harmed or taken,

2

uses words likely to produce violence on the part of others, or is unreasonably loud and disruptive under the circumstances. "Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process. The government must prove that the defendant knew that his conduct was disorderly or disruptive.

The terms "restricted building or grounds" and "knowingly" have the same meanings and relationship as in the instructions for Count One.

### III. Count Three: Disorderly Conduct in a Capitol Building or Grounds (40 U.S.C. § 5104(e)(2)(D))

*Elements*

In order to find the defendant guilty of this offense, the factfinder must find that the government proved each of the following elements beyond a reasonable doubt:

*First*, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

*Second*, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

*Third*, the defendant knowingly and willfully engaged in disorderly or disruptive conduct.

*Definitions*

The term "Capitol Buildings" includes the United States Capitol located at First Street, Southeast, in Washington, D.C. The "Capitol Grounds" are defined by the United States Code, which refers to a 1946 map on file in the Office of the Surveyor of the District of Columbia. The boundaries of the Capitol Grounds include all additions added by law after that map was recorded. The Capitol Grounds include the portion of Pennsylvania Avenue Northwest from the west curb of First Street Northwest to the curb of Third Street Northwest. The government must prove that the defendant knew that his conduct was in a Capitol Building or on Capitol Grounds.

The term "House of Congress" means the United States Senate or the United States House of Representatives.

"Disorderly conduct" and "disruptive conduct" have the same meaning described in the instructions for Count Two.

3

For purposes of this offense, "the orderly conduct of a session of Congress or either House of Congress" includes the actions of Congress' Joint Session to certify the Electoral College vote.

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. A person acts "willfully" if he or she acts with the intent to do something that the law forbids, that is, to disobey or disregard the law. In deciding whether the defendant acted knowingly, the factfinder may consider all of the evidence, including what the defendant did, said, or perceived. The government must prove that the defendant knew that his conduct was disorderly or disruptive. While the government must show that a defendant knew that his conduct was unlawful, the government does not need to prove that the defendant was aware of the specific law that his conduct violated.

### IV. Count Four: Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G))

*Elements*

In order to find the defendant guilty of this offense, the factfinder must find that the Government proved each of the following elements beyond a reasonable doubt:

*First*, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

*Second*, the defendant did so willfully and knowingly.

*Definitions*

The terms "parade" and "picket" have their ordinary meanings. The term "demonstrate" refers to conduct that would disrupt the orderly business of Congress by, for example, impeding or obstructing passageways, hearings, or meetings, but does not include activities such as quiet praying.

The term "Capitol Buildings" has the same meaning described in the instructions for Count Three.

The terms "knowingly" and "willfully" have the same meaning described in the instructions for Count Three.