## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | |
| NICOLE JOYNER, | **COURT ORDER** |
| Defendant. | |

The Court having reviewed Defendant's Motion to Specify the Definitions and Elements of the Charges and with good cause appearing:

**IT IS HEREBY ORDERED** that the motion is granted and the definitions and elements of the charges specified at Exhibit 1 in the motion shall be used during trial in this case.

Dated this \_\_\_\_\_ day of September, 2024

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that I electronically filed the foregoing and any attachments by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

_____
Clerk of Court