HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | |
| NICOLE JOYNER | |
| Defendant. | |

### DECLARATION OF ATTORNEY GREGORY M. HERITAGE

STATE OF FLORIDA           )
                                               ) ss
INDIAN RIVER COUNTY  )

I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the District of Columbia.
2. I represent Defendant Nicole Joyner in the case listed above.
3. I believe this motion is necessary to ensure proper preparations for trial because the precise elements of the charges have not yet been fully recorded in the Model Jury Instructions.
4. Accordingly, the defense files this motion so the elements of the charges are precisely identified long before trial to ensure proper preparations.

Dated this 9th day of September, 2024

/s/Gregory Heritage
_____
GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/9/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com