**JURY QUESTIONNAIRE**

This questionnaire is designed to determine whether potential jurors can decide this case fairly, based solely on the evidence presented at trial and the instructions on the law given by the judge. The information that you provide in response to these questions will be given to the Court and the parties. Filling out the questionnaire now will speed up the process when you return for in-person jury selection.

It is important that you understand that the Court is sensitive to your privacy. The information contained in your answers will be used only by the Court and the parties to select a fair and impartial jury. The parties are under Court order to maintain the confidentiality of any information they learn from reviewing answers to this questionnaire.

Your answers to the questionnaire are under penalty of perjury, so you must answer them truthfully. Please follow the instructions below when answering:

- Answer each question carefully, truthfully, and completely. Your responses should reflect your own personal knowledge, beliefs, or opinions. Please keep in mind that there are no right or wrong answers. Every person has beliefs and opinions concerning many things. You should answer honestly with your true feelings, whatever they may be. Do not assume that any of your answers will qualify or disqualify you from serving on the jury.

- Do not consult, confer, or talk with any other person in completing this questionnaire. Your answers must be your own, and you may not ask for help in answering the questions.

- Please use blue or black ink. Do not use a pencil.

- Please write your assigned juror number at the bottom of each page. We ask this so that if a page becomes detached from your questionnaire, we are able to match it to the other pages.

- Please answer every question. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A." If you cannot answer a question because you do not understand it, write, "Do not understand." If you do not know the answer to a question, write "Do not know."

- If your answers or explanations to any question will not fit completely in the space provided, please complete your answer on the pages provided at the end of the questionnaire. Be sure to include the question number that corresponds to your answer on the explanation sheets. Do not write on the back of any page.

JUROR NUMBER _____                                      1

After you have completed the questionnaire, please certify the accuracy of your answers by writing your juror number (and not your name) on the final page, and return it to a member of the court staff.

In addition, now that you may be called to serve as a juror in this case, you must follow the instructions listed below. That means you must follow these instructions between now and when you appear for in-person jury selection in this case. The failure to follow these instructions could jeopardize the jury selection process and the fairness of the trial.

- Do not read, watch, or listen to anything related to this case, including but not limited to books, magazines, newspapers, the internet, television, radio, podcasts, or social media.

- Do not conduct any research about the case.

- Do not discuss or publicly post anything about this case.

- Do not discuss your possible service as a juror in this case with anyone, including your family members, friends, or employer, except as necessary to explain your absence from work or home.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to the administration of justice in this case.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK (NO PENCILS)**

JUROR NUMBER _____                                2

## INTRODUCTORY QUESTIONS

1. Name (First, Last)?

2. Age?

3. Are you able to complete this questionnaire without another's assistance?

4. How long have you lived where you live now?

5. Where else have you lived in the last 5 years?

6. Do you have any loss of hearing, loss of sight, or any other medical or physical condition that would make it difficult for you to participate as a juror?

7. Are you currently suffering from any psychological or emotional conditions that would have an impact on your ability to serve on a jury?

8. Are you currently taking any medication or other substance that would have an impact on your jury service?

9. Do you have any problems understanding or reading the English language that would make jury duty difficult?

10. Does the trial impose a special hardship on you such that it would be difficult or impossible for you to serve in this case?

11. Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?

## BACKGROUND INFORMATION

12. What is your marital status?

13. What is your highest level of education?

14. Do you have children or stepchildren? How many?

15. What is your employment?

16. What is your work history over the past 5 years?

17. Where is your spouse/partner employed?

18. Have you, your spouse/partner, or any family member ever served in any branch of the Armed Forces?

JUROR NUMBER _____                                      3

19. What three people do you admire the most, and explain why?

20. What three people you admire the least, and explain why?

21. What politician do you admire?

22. What politician do you not admire?

23. What hobbies, interests, or activities do you enjoy in your spare time?

## ORGANIZATIONAL AFFILIATIONS AND CIVIC INVOLVEMENT

24. Please list any organizations to which you or your spouse/partner belong, or in which you participate, or to which you have donated money, either now or in the last 5 years.

25. Please list any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal, or recreations groups that you have participated in over the last 5 years.

26. Have you, your spouse/partner, a family member, or a close friend ever worked for, volunteered for, attended a fundraiser for, or made a campaign contribution to a candidate for elected office (state or federal), a political campaign, or a political action committee?

27. Have you, your spouse/partner, a family member, or a close friend ever run for, or held, elected office in a city, county, state, or federal government?

28. Are you registered to vote?

29. Did you vote in the 2020 Presidential election?

30. In the last five years, have you displayed a bumper sticker or magnet on your car?

## LEGAL SYSTEM

31. Have you ever served as a member of a grand jury?

32. If your answer to the previous question was "yes," was there anything about your experience as a grand juror that left you disappointed or dissatisfied with our justice system, or that makes you want to serve or not want to serve on a trial jury?

33. Have you ever served as a member of a trial jury before?

34. If yes, were you ever the foreperson?

35. If you served as a trial juror in a criminal case, what type of crime was charged?

JUROR NUMBER _____                                  4

36. What was the jury's verdict?

37. Was there anything about your experience as a trial juror that left you disappointed or dissatisfied with our justice system, or that makes you want to serve or not want to serve on another jury?

38. Have you, your spouse/partner, a member of your family, or a close friend, ever been the victim of, or witness to, a crime, whether or not that crime was reported to law enforcement?

39. Have you, your spouse/partner, a family member, or a close friend worked in law enforcement, whether state, local, or federal?

40. If yes, explain who, which law enforcement agency, and approximate dates of employment.

41. Do you have negative views about criminal defense attorneys?

42. Have you or your spouse ever worked as a lawyer, paralegal, or did work for any law firm?

## INFORMATION SOURCES

43. What are your main sources of news and commentary?

44. What other sources, if any, do you rely on for news and information?

45. Have you ever appeared on any television or radio news or any political program, or any news or political podcast (including through a viewer/listener call-in)?

## VIEWS ABOUT JANUARY 6, 2021

46. Where were you on January 6, 2021?

47. What are your views about January 6, 2021?

48. Do you believe January 6, 2021, was an insurgency?

49. What are your views concerning racial motivations for the incident on January 6, 2021?

50. How do you compare the riot on January 6, 2021, with the other riots that occurred across the country in 2020?

**ADDITIONAL SPACE TO ANSWER QUESTIONS**
**(Please list the Question Number)**

JUROR NUMBER _____                               6