HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICOLE JOYNER,<br><br>        Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**DEFENSE MOTION IN LIMINE NUMBER 1** |

COMES NOW Defendant Nicole Joyner by and through her Attorney Gregory M. Heritage and submits this Defense Motion in Limine Number 1 and respectfully requests the following relief:

1. The USAO is prohibited from using themes or terminology suggesting an "*Insurgency,*" or "*Insurgents,*" during Nicole Joyner's trial.

2. The USAO is prohibited from using themes or terminology suggesting an "*Attack on democracy,*" "*Attack*," or "*Threat to democracy,*" during Nicole Joyner's trial.

3. The USAO is prohibited from using themes or terminology suggesting an " *Overthrow of government,*" or "*Overthrow of an elected government,*" during Nicole Joyner's trial.

4. The USAO is prohibited from alleging to the jury that numerous people died or were injured at the "J6" riot because it is not relevant to Nicole Joyner's case.

5. The USAO is prohibited from alleging to the jury the general damages to the Capitol from the "J6" riot because it is not relevant to Nicole Joyner's case.

6. The USAO is prohibited from showing videos and/or pictures of violent actions by various political zealots during Nicole Joyner's trial because it is not relevant to her case.

7. The USAO is prohibited from presenting testimony of general collective violence during Nicole Joyner's trial because it is not relevant to her case.

8. The USAO is prohibited from presenting any embarrassing and / or irrelevant statements or videos of Nicole Joyner during trial that are designed to influence the jury through prejudice.

Dated this 11th day of September, 2024

Respectfully Submitted:<br>
/s/Gregory Heritage<br>
_____<br>
GREGORY M. HERITAGE, ESQ.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### PROCEDURAL POSTURE

The government filed the Information on 8/15/2024.[1]  In that Information, the government alleged the following violations:

- Count 1: Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1);

- Count 2: Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2);

- Count 3: Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D);

- Count 4: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).

The Court set trial to begin on October 21, 2024.

### II.

### FACTS

The government alleges that Nicole Joyner, carrying a small American flag and occasionally joining in chants of "USA—USA," walked into and, shortly thereafter, walked out of the Capitol building on January 6, 2021.

---

[1] Document 21, Information, filed 8/15/2024, Case No. 1:24-cr-00371-JEB

Defense Motion in Limine Number 1
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 3 of 9

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

**III.**

**JURY STUDIES INDICATE THAT POTENTIAL JURORS HAVE ALREADY BEEN CONDITIONED TO BELIEVE CERTAIN POLITICAL NARRATIVES**

   To ensure equal justice under the law along with a fair and just trial, political narratives and politics cannot be permitted to influence the jury. To evaluate potential issues with jury selection, the Federal Public Defenders' Office for the District of Columbia commissioned Select Litigation, LLC, of Washington, D.C., to assess the federal jury pool concerning trials resulting from the riot on January 6, 2021. Among the key findings of the Select Litigation group include:

- Almost all prospective jurors in the District of Columbia remember being exposed to media coverage of January 6th (over 90% have seen, read, or heard some). Most of them said the media coverage implied that the defendants are guilty of the charges brought against them.[2]

- Three-quarters (76%) believe that the term "insurrection" would describe the actions on January 6, and 72% believe "trying to overthrow the US government" would be an apt description.[3]

Thus, this Study showed significant issues with jury bias in Washington, D.C., concerning "J6" defendants.

   In another study by inlux Research + Analytics, they made similar findings of extraordinary prejudice against defendants charged with "J6" related crimes. The findings of this separate study include:

---

[2] Exhibit 2 at Docket 27, Select Litigation Study, dated 2/4/2022, page 3, paragraph 13.
[3] Exhibit 2 at Docket 27, Select Litigation Study, dated 2/4/2022, page 3, paragraph 15.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

- 85% of the D.C. community characterizes the events of January 6th as acts that are criminal in nature (insurrection, attack or riot), even when given options to reserve judgment on that question.[4]

- Over 40% of the D.C. community stated they believe all the events of January 6th were racially motivated.[5]

These studies show that the D.C. jury pool has extraordinary bias and safeguards are necessary to ensure a fair and just trial. Further, these studies indicate that numerous potential jurors now believe that certain deliberately designed political narratives to include but not limited to: "*Insurrection*;" "*Attack on democracy*;" and "*Trying to overthrow the government*;" provide a true and accurate description of the facts concerning the "J6" riot.

### IV.

### **THE DELIBERATELY DESIGNED POLITICAL THEME OF "INSURGENCY" HAS BEEN EFFECTIVELY MARKETED TO THE PUBLIC-- ALTHOUGH FALSE**

Following the riot on January 6, 2021, political operatives deliberately designed several narratives to divide the American people for the purpose of retaining or obtaining political power. As the D.C. Jury Studies show, the political narrative of "*Insurgency*" has been marketed most effectively.

An insurgency, however, has a definite description. The U.S. Joint Staff's Joint Publication JP-34, "Counterinsurgency," provides the following description:

---

[4] Exhibit 3 at Docket 27, inlux Research + Analytics Study, page 4 of 28.
[5] Exhibit 3 at Docket 27, inlux Research + Analytics Study, page 4 of 28.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

"Insurgents challenge government forces only to the extent needed to progressively attain their political aims. Their efforts seek to not just engage HN military and other security forces, but also to establish a competing system of control over the population, making it increasingly difficult for the government to administer to its people and its territory. Insurgent strategy involves selecting targets and striking when, where, and how it will best support the insurgency's political or operational objectives. Insurgents normally attempt to create effects that cause HNSF (and US forces if committed) to overreact, resulting in excessive innocent civilian casualties and collateral damage. Employing a mixture of force, propaganda, subversion, intimidation, and political mobilization, insurgents seek to exhaust and discredit the governing political authority, undermining its support, decreasing its control over the population, and breaking its will without necessarily decisively defeating its military forces. …Often this strategy relies on cumulative effects of operations over a protracted period of time to gradually undermine the credibility and legitimacy of the government in the eyes of the population. In many cases, this is accompanied by a corresponding attempt to supplant government administration with insurgent "shadow" government in more and more areas. Over time, insurgencies work to force governments to the negotiating table or grow until insurgent forces can directly confront and defeat the government security forces and seize control over the seat of government."[6]

Thus, insurgencies are well organized, often externally resourced, and involve long-term political and military struggles usually culminating in direct battles to defeat the opposing armed forces.

Accordingly, the term "*Insurgency*" to describe the riot on "J6," is utterly false, but many people have already been indoctrinated with this false political narrative.  The other carefully designed political narratives are also false such as "*Attack on democracy*."  Specifically, the "J6" riot had no centralized command and control, no centralized communications, no assault force, no security force, no reserve, and the alleged attackers did not have the necessary weapons for such an "*Attack on democracy*," or to "*Overthrow the government*."  These type of silly and simplistic political narratives such as "*Attack on Democracy*," or "*Overthrow the U.S.*

---

[6] U.S. Joint Chiefs of Staff, Joint Publication 3-24, "Counterinsurgency", 4/30/2021, page II-2.

*government*," have no place in a Federal Court responsible to ensure a fair trial along with equal justice under the law.

V.

**<u>TO ENSURE A FAIR TRIAL ALONG WITH EQUAL JUSTICE UNDER LAW, THE PENDING TRIAL MUST FOCUS ON NICOLE'S ALLEGED ACTIONS</u>**

No right ranks higher than the right of the accused to a fair trial. <u>Press-Enter. Co. v. Superior Ct. of California, Riverside Cnty.</u>, 464 U.S. 501, 508 (1984)  A District Judge is more than a moderator or umpire and has an active responsibility to see that a criminal trial is fairly conducted. <u>United States v. Curcio</u>, 279 F.2d 681, 682 (2d Cir. 1960)

To ensure a fair and just trial, the Courts are always guided by the Federal Rules of Evidence (FRE).  FRE Rule 401 provides that evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action.[7]  Supplementing this test for relevance, FRE 402 provides that relevant evidence is admissible, but irrelevant evidence is not admissible.[8]  Accordingly, irrelevant evidence is not admissible and relevant evidence must involve a fact of consequence in the case.

Even if evidence is relevant because it involves a fact of consequence, then the Court must still conduct a FRE 403 analysis.  In this analysis, "The Court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."[9]  Thus, evidence must be of consequence to be

---

[7] Federal Rules of Evidence, Rule 401.
[8] Federal Rules of Evidence, Rule 402.
[9] Federal Rules of Evidence, Rule 403.

Defense Motion in Limine Number 1
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 7 of 9

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

relevant, but cannot be unfairly prejudicial. The Court, necessarily, has vast authority to determine relevant evidence.

In Nicole Joyner's pending trial, the defense, obviously, is very concerned about a jury pool indoctrinated over a long period of time with false political narratives resulting in extreme bias. Further, the defense anticipates that the USAO will impress this jury with various law enforcement officers that are extraordinarily experienced witnesses. These experienced witnesses will primarily provide evidence about the violent actions and resulting damages from various political zealots.

To corroborate these law enforcement officers' testimony, the USAO will introduce videos showing the violent actions of various political zealots. The defense further anticipates the USAO will impress the jury with evidence of all the damage caused by these various political zealots culminating in some type of "*Attack on democracy*" conclusion. Consequently, Nicole Joyner will be subjected to already indoctrinated / biased jury and then endure a trial involving the prejudicial testimony about the violent actions of various political zealots.

Yet none of this prejudicial testimony and videos showing the violent actions of political zealots is relevant or applies to Nicole Joyner's case. The evidence provided to the defense shows that if Nicole Joyner was present at the Capitol, then she did not conduct any violent actions and did not damage any property. Consequently, all the prejudicial violent videos and prejudicial testimony about the violent actions of political zealots is not relevant to Nicole's trial, but is unfairly prejudicial. Accordingly, the defense respectfully requests that the trial focuses on Nicole Joyner's alleged conduct and not the violent actions of political zealots.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Respectfully Submitted:

/s/Gregory Heritage

GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/11/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/Gregory Heritage

Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com