# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | |
| NICOLE JOYNER, | **COURT ORDER** |
| Defendant. | |

The Court having reviewed Defendant's Motion in Limine Number 1, and with good cause appearing:

**IT IS HEREBY ORDERED** that the motion is granted.

Dated this _____ day of September, 2024.

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that I electronically filed the foregoing and any attachments by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

_____
Clerk of Court