HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>NICOLE JOYNER,<br><br>    Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**REQUEST FOR FINANCIAL RESOURCES SO DEFENDANT CAN ATTEND TRIAL** |

  COMES NOW Defendant Nicole Joyner by and through her Attorney Gregory M. Heritage and respectfully submits this Request for Financial Resources So Defendant Can Attend Trial.  After Defendant Nicole Joyner qualified due to her financial condition, the Court appointed an attorney to represent her in this case.  Since that Court appointment of an attorney, Defendant Nicole Joyner reported that her financial situation has not improved as she currently does not work and has no income.  Further complicating her financial situation, Nicole Joyner now has physical custody of her 4-year-old granddaughter after the child's mother became homeless and it was necessary for Nicole Joyner to care for the child to ensure the child's safety.

Request for Financial Resources so Defendant Can Attend Trial
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 2

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

The Court set trial in this case to begin at 9:30 am on October 21, 2024.  In order for Defendant Nicole Joyner to follow the Court's Order and attend trial, she will need the necessary financial resources to drive by vehicle to Washington, D.C., stay in a hotel near the Courthouse, and pay for meals in an extremely expensive city.  Accordingly, the defense respectfully requests the Court's intervention to direct the allocation of these financial resources so Defendant Nicole Joyner can attend trial.

Dated this 12th day of September, 2024

Respectfully Submitted:
/s/Gregory Heritage

GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/12/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/Gregory Heritage

Gregory M. Heritage, Esq.

Request for Financial Resources so Defendant Can Attend Trial
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 2 of 2