HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | |
| NICOLE JOYNER | |
| Defendant. | |

### DECLARATION OF ATTORNEY GREGORY M. HERITAGE

STATE OF FLORIDA              )
                              ) ss
INDIAN RIVER COUNTY           )

    I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the District of Columbia.
2. I represent Defendant Nicole Joyner in the case listed above.
3. I believe this motion is necessary so Nicole Joyner has the necessary funds to attend trial.
4. Defendant has already qualified for a Court-appointed attorney.
5. Defendant reported that her financial situation has not changed and she currently cannot work and, consequently, does not have a source of income.

6. Defendant reported that she now has physical custody of her 4-year-old granddaughter and this arrangement was necessary to provide the child a home to ensure the child's safety.

7. Defendant reported that she will need the necessary funds so she can drive to Washington, D.C., to attend trial.

8. Defendant reported that she will need the necessary funds for a hotel and per diem to pay for meals during the trial.

9. Accordingly, the defense requests resources / funds so Defendant Nicole Joyner can travel, stay, and attend this pending trial.

Dated this 12th day of September, 2024

/s/Gregory Heritage

GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/12/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage

Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com