HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICOLE JOYNER,<br><br>        Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**REQUEST FOR SPECIAL ACCOMMODATION DURING TRIAL** |

    COMES NOW Defendant Nicole Joyner by and through her Attorney Gregory M. Heritage and respectfully submits this Request for Special Accommodation During Trial by allowing Defendant Nicole Joyner to have her therapy dog present. When a federal government devotes their unlimited resources to convicting and incarcerating a citizen, it is an extraordinarily stressful experience for the American citizen. Already in this case, the emotional stress caused by the government's prosecution has had an adverse and potentially dangerous impact on Nicole Joyner as detailed in Daniel Higgins' report to the Court dated 8/28/2024.

    Before the government began their prosecution of Nicole Joyner, she disclosed there have been many traumatic events in her life. Due to this trauma, Nicole Joyner reported that she was previously diagnosed with Post-Traumatic Stress Disorder (PTSD). After this diagnosis, Nicole Joyner reported that she was eventually advised to obtain a therapy dog to help prevent

further issues to include trauma-triggered episodes. In accordance with the medical advice, Nicole Joyner reported that she obtained the dog, "Bear," numerous years ago and this dog has been of great assistance. The therapy dog, "Bear," is a miniature blonde and red Golden Doodle of about 13 pounds. Nicole Joyner represented that she can properly control the dog in Court and "Bear" has already been present at all the Court hearings.

Accordingly, the defense respectfully requests that Nicole Joyner can have her therapy dog, "Bear," present during trial and she will assume responsibility to properly control the dog. Based on events that have already occurred in this case, the defense believes that having the therapy dog present in Court will assist to expeditiously complete this trial.

Dated this 12th day of September, 2024

Respectfully Submitted:
/s/Gregory Heritage

_____
GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/12/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com