# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>NICOLE JOYNER,<br><br>      Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**COURT ORDER** |

The Court having reviewed Defendant's Request for Special Accommodation, and with good cause appearing:

**IT IS HEREBY ORDERED** that the motion is granted and Defendant Nicole Joyner's therapy dog can be with her during trial.

Dated this _____ day of September, 2024.

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that I electronically filed the foregoing and any attachments by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

_____
Clerk of Court

Order
*U.S. v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 1