HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>NICOLE JOYNER<br><br>      Defendant. | Case No. 1:24-cr-00371-JEB |

### DECLARATION OF ATTORNEY GREGORY M. HERITAGE

STATE OF FLORIDA         )
                                           ) ss
INDIAN RIVER COUNTY    )

     I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the District of Columbia.
2. I represent Defendant Nicole Joyner in the case listed above.
3. Defendant Nicole Joyner represented that she has been diagnosed with PTSD and advised to obtain a therapy dog to assist her to prevent issues and trauma-triggered episodes.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

4. Defendant Nicole Joyner reported that the therapy dog, "Bear," is of great assistance to her and she needs the dog present at trial due to the stress she feels due to this traumatic prosecution.

Dated this 12th day of September, 2024

/s/Gregory Heritage
_____
GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/12/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com