UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICOLE MARIE JOYNER,<br><br>Defendant. | Criminal Action No. 24-371 (JEB) |

## ORDER

The Court ORDERS that Defendant's 30 Motion for Financial Resources is GRANTED IN PART and DENIED IN PART. Per 18 U.S.C. § 4285, the USMS shall furnish Defendant the fare for transportation from North Carolina to the District of Columbia for the trial set for October 21, 2024, and subsistence en route. No other payment is provided for under that section.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: September 16, 2024

1