UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 24-cr-371 (JEB) |
| | : | |
| **NICOLE MARIE JOYNER,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the United States's motion to limit the cross-examination of witnesses with the Secret Service Agency, it is hereby ORDERED, that the motion is GRANTED.

It is further ORDERED that the defendant is precluded from questioning witnesses about the following topics:

1. Secret Service protocols related to the locations where protectees or their motorcades are taken at the Capitol or other government buildings when emergencies occur;

2. Details about the nature of Secret Service protective details, such as the number and type of agents the Secret Service assigns to protectees.

Date:

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT JUDGE