UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 24-cr-371 (JEB) |
| | : | |
| **NICOLE MARIE JOYNER,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the United States' motion to restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras, it is hereby ORDERED, that the motion is GRANTED.

It is further ORDERED that the defendant is precluded from questioning witnesses about the exact positions of Capitol Police cameras, introducing such evidence himself, or admitting into evidence Capitol Police maps of camera coverage.

Date:

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT JUDGE