HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>NICOLE JOYNER<br><br>      Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**RESPONSE TO MOTION IN LIMINE RE SECRET SERVICE WITNESS** |

COMES NOW Nicole Joyner by and through her attorney Gregory M. Heritage of Heritage Law Firm, LLC, and respectfully submits this Response to the USAO's Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness filed on 9/19/2024 at Document 38. The defense has **no objections** to this Motion in Limine.

Dated this 19th day of September, 2024

Respectfully Submitted:
/s/Gregory Heritage

_____
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/19/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/Gregory Heritage

_____
Gregory M. Heritage, Esq.

Response to Motion in Limine Re Secret Service Witness
*United States v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 1

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com