HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | |
| NICOLE JOYNER | **RESPONSE TO MOTION IN LIMINE RE CAMERA LOCATIONS** |
| Defendant. | |

COMES NOW Nicole Joyner by and through her attorney Gregory M. Heritage of Heritage Law Firm, LLC, and respectfully submits this Response to the USAO's Motion in Limine Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras filed on 9/19/2024 at Document 39. The defense has **no objections** to this Motion in Limine.

Dated this 19th day of September, 2024

Respectfully Submitted:
/s/Gregory Heritage

GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/19/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court by using the district's CM/ECF system. All participants

Response to Motion in Limine Re Camera Locations
*United States v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 2

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage

———————————————
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Response to Motion in Limine Re Camera Locations
*United States v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 2 of 2