HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>NICOLE JOYNER,<br><br>          Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**DEFENSE MOTION IN LIMINE NUMBER 2** |

COMES NOW Defendant Nicole Joyner by and through her Attorney Gregory M. Heritage and submits this Defense Motion in Limine Number 2. Since the Court set the deadline for Motions in Limine, the USAO has provided several downloads of additional discovery and we appreciate AUSA Diamond's efforts to ensure the defense has all discovery in advance of trial. After completing the review of the USAO's additional discovery, the defense believes it is necessary to file this Defense Motion in Limine 2 so evidentiary issues can be resolved before trial without burdening the Court during trial. In this Motion in Limine 2, the defense respectfully requests the following relief:

1. The USAO is prohibited from mentioning or using anything associated with the "Proud Boys," due to overwhelming prejudice because Nicole Joyner has nothing to do with this organization.

2. The USAO is prohibited from mentioning the legal status of Joseph Julius LaPoint (In discovery, Aka as Lapont and LaPointe) due to prejudice.

3. The USAO is prohibited from using any adverse information, statements, and alleged actions by Joseph Julius LaPoint at trial to convict Nicole Joyner through prejudice.  Specifically, the USAO is prohibited from using any of the following concerning Joseph Julius LaPoint:

    a. Any statements he is alleged to have made;

    b. Any actions he is alleged to have conducted;

    c. Any photographs of him climbing on a window ledge inside the Capitol;

    d. Any videos of him making any statements;

    e. Any political views expressed by him.

    Dated this 30th day of September, 2024

    Respectfully Submitted:
    /s/Gregory Heritage

    _____
    GREGORY M. HERITAGE, ESQ.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### PROCEDURAL POSTURE

The government filed the Information on 8/15/2024.[1]  In that Information, the government alleged the following violations:

- Count 1: Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1);

- Count 2: Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2);

- Count 3: Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D);

- Count 4: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).

The Court set trial to begin on October 21, 2024.

### II.

### FACTS

The government alleges that Nicole Joyner, carrying a small American flag and occasionally joining in chants of "USA—USA," walked into and, shortly thereafter, walked out of the Capitol building on January 6, 2021.

---

[1] Document 21, Information, filed 8/15/2024, Case No. 1:24-cr-00371-JEB

**III.**

**TO ENSURE A FAIR TRIAL ALONG WITH EQUAL JUSTICE UNDER LAW, THE PENDING TRIAL MUST FOCUS ON NICOLE'S ALLEGED ACTIONS**

No right ranks higher than the right of the accused to a fair trial. Press-Enter. Co. v. Superior Ct. of California, Riverside Cnty., 464 U.S. 501, 508 (1984)  A District Judge is more than a moderator or umpire and has an active responsibility to see that a criminal trial is fairly conducted. United States v. Curcio, 279 F.2d 681, 682 (2d Cir. 1960)

To ensure a fair and just trial, the Courts are always guided by the Federal Rules of Evidence (FRE).  FRE Rule 401 provides that evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action.[2]  Supplementing this test for relevance, FRE 402 provides that relevant evidence is admissible, but irrelevant evidence is not admissible.[3]  Accordingly, irrelevant evidence is not admissible and relevant evidence must involve a fact of consequence in the case.

Even if evidence is relevant because it involves a fact of consequence, then the Court must still conduct a FRE 403 analysis.  In this analysis, "The Court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."[4]  Thus, evidence must be of consequence to be relevant, but cannot be unfairly prejudicial.  The Court, necessarily, has vast authority to determine relevant evidence.

---

[2] Federal Rules of Evidence, Rule 401.
[3] Federal Rules of Evidence, Rule 402.
[4] Federal Rules of Evidence, Rule 403.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

The government alleges that Joseph Julius LaPoint and Nicole Joyner went to Washington, D.C. together and were present together on January 6, 2021. Concerning his criminal case in Washington, D.C., Joseph Julius LaPoint already pled guilty.

The defense concedes that if Joseph Julius LaPoint indicated that he was with Nicole Joyner in Washington, D.C., on January 6, 2021, then this is relevant and admissible evidence. Accordingly, the defense can stipulate that Joseph Julius LaPoint stated he was with Nicole Joyner on January 6, 2021, in Washington, D.C.

But Joseph Julius LaPoint does not speak for a very independent Nicole Joyner and his actions were not her actions. Obviously, Joseph and Nicole are each responsible for their own independent actions.

For example, on January 6, 2021, the government alleges that Joseph Julius LaPoint climbed on a window platform inside the Capitol. Further, the government alleges that Joseph Julius LaPoint on January 6, 2021, and over an extended period of time, made various statements on videos to allegedly impress others. But Joseph Julius Lapoint's statements do not represent the views of Nicole Joyner and she never authorized him to speak on her behalf.

The defense's concern is that Joseph Julius LaPoint's alleged actions and admissions will be presented to the Jury to collectively convict Nicole Joyner through prejudice. To ensure a fair trial, a person must be convicted based on their own actions and not those of others. The alleged actions of Joseph Julius LaPoint and his admissions were not the actions and admissions of Nicole Joyner. But Joseph Julius LaPoint's alleged actions and admissions would be extraordinarily prejudicial in Nicole's pending trial. Nicole Joyner, simply, should not be held responsible for the alleged actions of others.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Respectfully Submitted:

/s/Gregory Heritage

_____
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/30/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com