# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  vs.<br><br>NICOLE JOYNER,<br><br>       Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**COURT ORDER** |

The Court having reviewed Defendant's Motion in Limine Number 2, and with good cause appearing:

**IT IS HEREBY ORDERED** that the motion is granted.

Dated this _____ day of October, 2024.

                                                                          _____
                                                                          DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
I hereby certify that I electronically filed the foregoing and any attachments by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

_____
Clerk of Court