HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NICOLE JOYNER<br><br>　　　　Defendant. | Case No. 1:24-cr-00371-JEB |

### DECLARATION OF ATTORNEY GREGORY M. HERITAGE

STATE OF FLORIDA　　　　　)
　　　　　　　　　　　　　) ss
INDIAN RIVER COUNTY　　　)

　　　I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the District of Columbia.
2. I represent Defendant Nicole Joyner in the case listed above.
3. I believe this motion is necessary to ensure Defendant has a fair and just trial.

　　　Dated this 30th day of September, 2024

　　　　　　　　　　　　　　　　　　　　/s/Gregory Heritage
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 9/30/2024, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com