1

| | |
|---|---|
| Government | X |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

**UNITED STATES OF AMERICA**

VS.

**NICOLE MARIE JOYNER**

Civil/Criminal No. **24-cr-371-JEB**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **100 Series - *CCTV*** | | | | |
| 100 | USCP Montage with Radio Runs | X | X | | |
| 101 | Congressional Montage | X | X | | |
| 101A | Certificate of Authenticity Senate Recording Studio | | | | |
| 101B | Certificate of Authenticity House Recording Studio | | | | |
| 102 | CCTV - Northwest Stairs 2:13 - 2:14 pm | X | X | | |
| 103 | CCTV - Upper West Terrace Courtyard 2:16 p.m. | X | X | | |
| 104 | CCTV - Parliamentarian door 2:40 to 3:05 p.m. | X | X | | |
| 105 | CCTV - Senate Wing Door 3:07 to 3:09 p.m. | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 106 | CCTV - Crypt North 3:17 to 3:23 p.m. | X | X | | |
| 107 | CCTV - Senate Wing Door 3:23 to 3:29 p.m. | X | X | | |
| 108 | CCTV - Senate Wing Door 3:57 to 4:22 p.m. | X | X | | |
| 109 | CCTV - Upper West Terrace 4:35 to 4:36 p.m. | X | X | | |
| | | | | | |
| **200 Series - *BWC*** | | | | | |
| 200 | Officer Troy Scott BWC Clip | X | X | | |
| 201 | Officer Thomas Meekins BWC Clip | | | | |
| 202 | Officer Jemal Averette BWC Clip | X | X | | |
| | | | | | |
| **300 Series - *Social Media*** | | | | | |
| 300 | 1.3.21 – Photo of Tweet re objections to certification | X | X | | |
| 300A | 1.3.21 photo of tweet re GOP Senators objecting to electoral college cert | X | X | | |
| 301 | 1.3.21 – Photo w-beheaded party mascots | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 302 | 1.3.21 – Photo March to Save America Flyer | X | X | | |
| 303 | 1.3.21 – Photo Storm is Coming | X | X | | |
| 304 | 1.3.21 – Photo re: Traitors and Patriots | X | X | | |
| 305 | 1.3.21 – Comment Storm of Patriots | X | X | | |
| 306 | 1.6.21 – Photo at Capitol w/USCP | X | X | | |
| 306A | 1.6.21 – Sent receipt SWD Photo (9:11 pm) | | | | |
| 307 | 1.6.21 – Photo at Capitol UWT | X | X | | |
| 307A | 1.6.21 – Sent receipt UWT Photo | | | | |
| 308 | 1.6.21 – Photo at Capitol UWT | X | X | | |
| 308A | 1.6.21 – Sent receipt UWT Photo | | | | |
| 309 | 1.6.21 – Photo at Capitol UWT | X | X | | |
| 309A | 1.6.21 – Sent receipt UWT Photo | | | | |
| 310 | 1.6.21 – Comment re storming the doors | X | X | | |
| 311 | 1.6.21 – Comment re coming back tomorrow | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 312 | 1.6.21 – Conversation busting open doors | | | | |
| 313 | 1.6.21 – Conversation patriots taking back their country | | | | |
| 314 | 1.6.21 – Conversation with daughter re they let us in | | | | |
| 315 | 1.6.21 – Video near the Ellipse 12:34pm | X | X | | |
| 315A | 1.6.21 – Video Post Ellipse Notification | X | X | | |
| 316 | 1.6.21 - Instagram Video LWT | X | X | | |
| 316A | 1.6.21 - Instagram Post attached to LWT video | | | | |
| 317 | 1.6.21 - Message Attaching Photo of Joyner at Capitol | | | | |
| 317A | 1.6.21 -Photo of Joyner at Capitol (S145) | X | X | | |
| 318 | 1.6.21 Video UWT (DC on lockdown) | X | X | | |
| 318A | 1.6.21 Sent Receipt Video | | | | |
| 319 | 1.6.21 - Message with Hashtags re We Are the Storm | X | X | | |
| 320 | 1.6.21 - Message not about Trump about corruption | X | X | | |
| 322 | 1.6.21 - Photo with text re election theft | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 323 | 1.6.21 - Photo walk to Capitol | X | X | | |
| 323A | Sent receipt photo walk to Capitol | | | | |
| 324 | 1.6.21 – Message re lit a blunt | X | X | | |
| 325A | 1.7.21 - Archived Stories | | | | |
| 325B | 1.7.21 – Archived Stories 1051am | | | | |
| 325C | 1.7.21 – Archived Stories 1051am | | | | |
| 326 | 1.7.21 – Archive Story A (Parliamentarian Door) | X | X | | |
| 327 | 1.7.21 – Archive Story B (Parliamentarian Door) | X | X | | |
| 328 | 1.7.21 – Archive Story C (Parliamentarian Door) | | | | |
| 329 | 1.7.21 – Comment re Patriots stormed the Capitol | X | X | | |
| 330 | 1.7.21 – Conversation re they let people in | | | | |
| 331 | 1.7.21 – Instagram story includes smoking | | | | |
| 331A | 1.7.21 - Instagram story best day of my life | | | | |
| 332 | 1.7.21 – Instagram re day after Jan 6 | X | X | | |
| 332A | 1.7.21 – Instagram video post receipt | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 333 | 1.7.21 – Instagram video re day after narration | X | X | | | |
| 333A | 1.7.21 - Instagram video post receipt | | | | | |
| 334 | 1.8.21 - Comment re getting tear gassed | | | | | |
| 335 | 1.8.21 – Comment re escorted by police attached to plan treason photo | | | | | |
| 335A | 1.8.21 - Photo it was planned treason | | | | | |
| 336 | 1.8.21 – Comment after staged event photo | | | | | |
| 336A | 1.8.21 – Photo re staged event | | | | | |
| 337 | 1.8.21 – Photo at Capitol (SWD) | | | | | |
| 337A | 1.8.21 – Photo at Capitol Sent Receipt | | | | | |
| 340 | 1.8.21 – Photo sent re: Lapoint in the Capitol | X | X | | | |
| 340A | 1.8.21 – Photo sent receipt re: Lapoint in the Capitol | | | | | |
| 341 | 1.9.21 - Photo re: Why do you think we drove to DC | | | | | |
| 341A | 1.9.21 – Photo sent receipt re: Why do you think we drove to DC | | | | | |
| 342A | 1.9.21 – Instagram Story re video from UWT with Text | | | | | |
| 342B | 1.9.21 – Instagram Story re video from UWT with Text 2 | X | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 342C | 1.9.21 – Instagram Story post receipt | | | | |
| 343 | 1.11.21 – Status re: What I saw was orchestrated | | | | |
| 344 | 1.11.21 – Comments re: remove corrupt from their seats | | | | |
| 345 | 1.11.21 – Video from Capitol "Whose House" | X | X | | |
| 345A | 1.11.21 – Post with Capitol video "Whose House" | | | | |
| 346 | 11.3.20 – Post re election, dethrone Pelosi | X | X | | |
| 347 | 11.4.20 – Post re election fraud | X | X | | |
| 348 | 11.4.20 – Post re Trump suit re election fraud | | | | |
| 349A | Meta Business Record Certification (Fire Eyed Angel FB) | | | | |
| 349B | Meta Business Record Certification (Razzberrytwist FB) | | | | |
| 349C | Meta Business Record Certification (Fire Eyed Angel Instagram) | | | | |
| | | | | | |
| **400 Series-Other Evidence** | | | | | |
| 400 | Capitol Map w/Perimeter | X | X | | |
| 401 | Aerial View Capitol | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 402 | Architectural Map | | | | |
| 403 | Capitol 3D Model Picture (Top) | | | | |
| 404 | Capitol 3D Model Picture (West Side) | | | | |
| 405 | Capitol 3d Model Picture (NW Side) | | | | |
| 406 | NW Courtyard Zoomed In | X | X | | |
| 407 | NW Courtyard Zoomed Out | X | X | | |
| 408 | Parliamentarian Door Zoomed Out | | | | |
| 409 | Capitol Ground Photo Fencing & Signs | X | X | | |
| 410 | Capitol Grounds Photo Bike Rack & Signs | | | | |
| 411 | Capitol Grounds Photo Building Fence and Signs | | | | |
| 412 | Area Closed Sign Photo | X | X | | |
| 413 | Snow Fencing and Area Closed Sign Photo | | | | |
| 414 | Bike Rack and Area Closed Sign Photo | X | X | | |
| 415 | Capitol Floor Plan – First Floor | | | | |
| 416 | Closure of West Front for Inauguration | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 417 | USCP Ground Closure Announcement | | | | |
| 418 | Mayor Closure Order | | | | |
| 419 | Mayor Curfew Tweet | | | | |
| 420 | Email – USSS HOS Notification VP Pence and Family | X | X | | |
| 421 | Worksheet Notification Visit of VP and family | X | X | | |
| 422 | CCTV Motorcade Moving | X | X | | |
| 423 | USSS Montage with Radio Runs | X | X | | |
| 424 | CCTV VP Removal | X | X | | |
| 425 | Trump Speech – VP Clips | X | X | | |
| 426 | Peace Circle 3D Model | X | X | | |
| 427 | Capitol Model – NW Terrace | X | X | | |
| | | | | | |
| **500 Series - *Lapoint Phone Records*** | | | | | |
| 500 | Video – Peace Circle Breach | | | | |
| 501 | Video – Peace Circle Breach 2 | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 502 | Video – LWT 1 | X | X | | |
| 503 | Video – LWT 2 | X | X | | |
| 504 | Video – NW Stairs | X | X | | |
| 505 | Top of NW Stairs | X | X | | |
| 506 | Top of NW Stairs 2 | X | X | | |
| 507 | Video – UWT (Smoking) | X | X | | |
| 508 | Video – UWT | X | X | | |
| 509 | Video – UWT (Window 1) | | | | |
| 510 | Video – UWT (Window 2) | | | | |
| 511 | Video – UWT (police line) | X | X | | |
| 512 | Video – UWT (gas) | | | | |
| 513 | Video – SWD | X | X | | |
| 514 | Video – SWD 2 | X | X | | |
| 515 | Video – SWD 3 | X | X | | |
| 516 | Video – UWT (push out) | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 517 | 902 certificate for Lapoint's Phone | | | | |
| | **600 Series - *Open-Source Video/Photographs*** | | | | |
| 601 | Boring Media Video | X | X | | |
| 602 | Former Wagie Full Footage | X | X | | |
| 602A | Former Wagie Still | | | | |
| 602B | Former Wagie Clip – Peace Circle Breach | | | | |
| 603 | Dean Initial Barricade Overrun | X | X | | |
| 603A | Dean Still | X | X | | |
| 604 | Youtube RMG News Full Video | X | X | | |
| 604A | Youtube RMG News Clip Peace Circle Breach | | | | |
| 605 | Emergency Washington DC Broadcast | X | X | | |
| 606 | Jim Clouse Video | X | X | | |
| 606A | Jim Clouse Screenshot NW Lawn | X | X | | |
| 606B | Jim Clouse Screenshot next to Scaffolding | | | | |
| 606C | Jim Clouse Screenshot Bike Rack | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 607 | Worrell LWT (pre-grenades) | | | | |
| 608 | Worrell LWT (Grenades begin) | X | X | | |
| 609 | Worrell LWT (More grenades) | | | | |
| 610 | Worrell LWT (aerial view) | X | X | | |
| 611 | Ochs LWT (Flashbangs) | | | | |
| 611A | Ochs LWT (Flashbangs) - Rotated | X | X | | |
| 612 | Worrell LWT (escalation, with text) | | | | |
| 613 | Worrell (NW Stair Assault) | X | X | | |
| 613A | Worrell (NW Stair Assault) - Rotated | X | X | | |
| 614 | Ochs NW Stairs | X | X | | |
| 615 | Bill Keen Video | | | | |
| 615A | Bill Keen Video Clip | | | | |
| 615B | Bill Keen Screenshot (NW Stairs) | X | X | | |
| 615C | Bill Keen Screenshot (Area Closed) | | | | |
| 615D | Bill Keen Video-Rotated | X | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 616 | LWG Video | | | | |
| 617 | Moving Barrier YouTube Video | | | | |
| 617A | Moving Barrier YouTube Screenshot | X | X | | |
| 617B | Moving Barrier YouTube Screenshot Close-Up | | | | |
| 618 | Lyons (UWT) | X | X | | |
| 619 | Woehl (UWT) | | | | |
| 620 | Emily Molli Video | X | X | | |
| 620A | Emily Molli Screenshot (waving flag) | | | | |
| 621 | SWD Entry | X | X | | |
| 622 | Office S145 | X | X | | |
| 623 | Baked Alaska Video | X | X | | |
| 623A | Baked Alaska S145 Video Clip | | | | |
| 623B | Baked Alaska Screenshot (sitting) | | | | |
| 623C | Baked Alaska Screenshot redacted (LP on window) | | | | |
| 624 | Bonet Crypt Chanting | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 625 | Crypt – Guy Shouting | X | X | | |
| 626 | Crypt Photo (from Slate article) | X | X | | |
| 627 | Free America Rally (SWD post exit) | X | X | | |
| 628 | GME Video | X | X | | |
| 629 | Bruce Allen Video | | | | |
| 629A | Bruce Allen Screenshot | | | | |
| 630 | The Iowa Standard | X | X | | |
| | | | | | |
| **700 Series - *Congressional Evidence*** | | | | | |
| 701 | U.S. Constitution, Art. XII | | | | |
| 702 | 3 USC § 15 | | | | |
| 703 | 3 USC § 16 | | | | |
| 704 | 3 USC § 17 | | | | |
| 705 | 3 USC § 18 | | | | |
| 706 | Cong. Record Vol 167, No. 4 House | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 707 | Cong. Record Vol 167, No. 4 Senate | | | | |
| 708 | S. Con. Res. 1 | | | | |