CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Civil/Criminal No.: 24CR371-JEB
)
NICOLE MARIE JOYNER )
)

### NOTE FROM JURY

For Count 1, does "knowingly" require that the defendant knew she was entering an area where a person protected by the secret service is or will be?
Or, for example, does it only require that she knew she was entering or remaining in the Capitol area that was cordoned off?

Date: 10/23/24

Time: 10:29

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

NICOLE MARIE JOYNER

Civil/Criminal No.: 24CR371-JEB

## NOTE FROM JURY

We have reached a verdict on each count

Date: 10-23-24

Time: 11:18 am

FOREPERSON