UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NICOLE JOYNER,

Defendant.

Criminal Action No. 24-371 (JEB)

## VERDICT FORM

Count I
How do you find the Defendant on the charge of Entering or Remaining in a Restricted Building or Grounds?

__X__ Guilty  _____ Not Guilty

Count II
How do you find the Defendant on the charge of Disorderly or Disruptive Conduct in a Restricted Building or Grounds?

__X__ Guilty  _____ Not Guilty

Count III
How do you find the Defendant on the charge of Disorderly Conduct in a Capitol Building?

__X__ Guilty  _____ Not Guilty

Count IV
How do you find the Defendant on the charge of Parading, Demonstrating, or Picketing in a Capitol Building?

__X__ Guilty  _____ Not Guilty

_____
Foreperson

1