HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Marie Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>NICOLE JOYNER<br><br>　　　　Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**NOTICE TO THE COURT** |

COMES NOW Defendant Nicole Joyner by and through her attorney Gregory M. Heritage, Esq., of Heritage Law Firm, LLC, and provides the following Notice to the Court. On January 1, 2025, the defense served by email the Defendant's Objections to the draft PSR to the following:

　　AUSA:
　　Alexander.Diamond@usdoj.gov

　　USPO:
　　kenika_dixon@dcp.uscourts.gov;
　　Candace.Boughton@dcp.uscourts.go

Dated this 2nd day of January, 2025

　　　　　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　　　　　/s/Gregory Heritage
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GREGORY M. HERITAGE, ESQ.

Notice to the Court
*United States v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/2/2025, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Notice to the Court
*United States v. Nicole Joyner;* 1:24-cr-00371-JEB
Page 2 of 2