HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00371-JEB |
| Plaintiff, | |
| vs. | **MOTION FOR A COURT ORDER** |
| NICOLE MARIE JOYNER, | |
| Defendant. | |

COMES NOW Defendant Nicole Marie Joyner by and through her Attorney Gregory M. Heritage and submits this Motion for a Court Order. The defense has been compelled to pay most of the expenses for this case and defense counsel has never been reimbursed or paid anything. Of course, America's original founders risked their honor, property, and lives to build a new country based on freedom and Equal Justice Under Law. Compared to the sacrifices of others, the defense having to pay the government's bills for this case that challenges the foundational concept of Equal Justice Under Law is a small price to pay.

The Federal Defender's support staff directed that the attached Court Order must be signed by the appropriate Judges before the defense can be paid and reimbursed for expenses.

Motion for a Court Order
*U.S. v. Nicole Marie Joyner;* 1:24-cr-00371-JEB
Page 1 of 2

Dated this 3rd day of January, 2025

Respectfully Submitted:
/s/Gregory Heritage

_____
GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 1/3/2025, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Motion for a Court Order
*U.S. v. Nicole Marie Joyner;* 1:24-cr-00371-JEB
Page 2 of 2