HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
District of Columbia Bar No. 472764
P.O. Box 690484
Vero Beach, FL 32969
(907) 952-4264
E-mail: heritagelawfirmak@gmail.com
Attorney for Defendant Nicole Joyner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICOLE MARIE JOYNER,<br><br>    Defendant. | Case No. 1:24-cr-00371-JEB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**IMPRISONMENT:** Time Served.

**SUPERVISED RELEASE:** No supervised release.

**FINE:** $0

**SPECIAL ASSESSMENT:** $0

**FEDERAL PRISON REQUESTED:**

COMES NOW Defendant Nicole Marie Joyner by and through her Attorney Gregory M. Heritage of Heritage Law Firm, LLC, and respectfully submits the following Defendant's Sentencing Memorandum for the pending Imposition of Sentence hearing.

*(left margin, vertical text)* HERITAGE LAW FIRM, LLC   P.O. BOX 690484 • Vero Beach, FL 32969   Phone: (907) 952-4264   Email: heritagelawfirmak@gmail.com

## I.

## <u>PROCEDURAL POSTURE</u>

The government filed the Information on 8/15/2024.[1]  In that Information, the government alleged the following violations:

- Count 1: Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1);

- Count 2: Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2);

- Count 3: Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D);

- Count 4: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).

On October 23, 2024, a jury in Washington, D.C., found Nicole Marie Joyner guilty of all charges.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

---

[1] Document 21, Information, filed 8/15/2024, Case No. 1:24-cr-00371-JEB.

## II.

## THE SENTENCING GUIDELINES OFFENSE LEVEL COMPUTATION

**Base Offense Level:**                                                    **4**
The Base Offense Level is 4 pursuant to USSG §2B2.3(a).[2]
The USSG provides a violation of 18 U.S.C. § 1752 can result in the
use of §2A2.4 or §2B2.3.[3]  The case facts show that §2B2.3 is the
appropriate section based on Nicole Joyner's conduct of avoiding
all violence, but did walk into the Capitol after she was allowed to enter
by Capitol Police.  If the government prevails in an extreme view to
use §2A2.4 with a Base Offense Level of 10, then Nicole Joyner should
be granted a 4 point reduction as a minimal participant pursuant to
§3B1.2(a).[4]

**Specific Offense Characteristics:**                                      **2**
Pursuant to 2B2.3(b)(1)(A), there is a two level increase
because it occurred on a restricted building or grounds.[5]

**Victim Related Adjustment:**                                            **0**

**Adjustment for Role in the Offense:**                                   **0**

**Adjustment for Obstruction of Justice:**                                **0**

**Adjusted Offense Level (Subtotal):**                                     **6**

**Chapter Four Enhancement:**                                            **(-2)**
The Defendant meets the criteria at USSG §4C1.1 (a)(1)-(10);
Therefore, Defendant is a Zero-Point Offender and the offense
Level is reduced by two levels pursuant to USSG §4C1.1(a).[6]

**Acceptance of Responsibility:**                                        **(-2)**
USSG §3E1.1(a) provides for a 2 level reduction if defendant
clearly demonstrates acceptance of responsibility.[7]

**Total Offense Level:**                                                   **2**

---

[2] 2024 USSG §2B2.3, page 117.
[3] 2024 USSG, Appendix A, page 578.
[4] 2024 USSG §3B1.2(a), page 360..
[5] 2024 USSG §2B2.3(b)(1)(A), page 117.
[6] 2024 USSG §4C1.1(a), page 414.
[7] 2024 USSG §3E1.1, page 384.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

### III.

### CRIMINAL HISTORY CATEGORY

The total criminal history score is zero resulting in a Criminal History Category of I.[8]

### IV.

### SENTENCING GUIDELINES

The USSG Chapter Five, Part A-Sentencing Table provides that if a defendant has a Total Offense Level of Two with a criminal history category of I, then the guideline range is **0-6** months pursuant to Zone A of the Sentencing Table.[9] If the applicable guideline range is in Zone A of the Sentencing Table, a sentence of imprisonment is **NOT REQUIRED**, unless the applicable guideline in Chapter Two expressly requires such a term pursuant to §5C1.1(b),

### V.

### THE SENTENCING GUIDELINES PROVIDE THAT IT'S NOT APPROPRIATE

### TO CONFINE A DEFENDANT SUCH AS NICOLE JOYNER

The 2024 USSG provides that a sentence of imprisonment in Nicole Joyner's cases is generally not appropriate. Specifically, the USSG provides:

> **Zero-Point Offenders in Zones A and B of the Sentencing Table.—**If the defendant received an adjustment under §4C1.1 (Adjustment for Certain Zero-Point Offenders) and the defendant's applicable guideline range is in Zone A or B of the Sentencing Table, <u>a sentence other than a sentence of imprisonment</u>, in accordance with subsection (b) or (c)(3), <u>is generally appropriate</u>. *See* 28 U.S.C. § 994(j).[10]

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

---

[8] Document 65, PSR, filed 12/19/2024, page 13 of 24.
[9] 2024 USSG, Sentencing Table, page 417.
[10] 2024 USSG, §5C1.1, Application Notes number 10, page 431.

Defendant's Sentencing Memorandum
*U.S. v. Nicole Marie Joyner;* Case No. 1:24-cr-00371-JEB
Page 4 of 19

Accordingly, the USSG provides that a sentence of imprisonment is **NOT** appropriate in Nicole Joyner's case.

## VI.

### A TERM OF SUPERVISED RELEASE IS NOT APPROPRIATE

If a sentence of imprisonment of one year or less is imposed, a term of supervised release is optional pursuant to USSG §5D1.1(b).[11] The statute 18 U.S.C. § 3583(a) provides in pertinent part:

> **In general.**--The court, in imposing a sentence to a term of imprisonment for a felony or a misdemeanor, **may** include as a part of the sentence a requirement that the defendant be placed on a term of supervised release after imprisonment, except that the court shall include as a part of the sentence a requirement that the defendant be placed on a term of supervised release if such a term is required by statute or if the defendant has been convicted for the first time of a domestic violence crime as defined in section 3561(b).[12]

Accordingly, supervised release is optional.

There is no requirement for an American citizen like Nicole Joyner to be supervised at great expense to the American taxpayers already financially burdened and bankrupt with more than 35 Trillion Dollars of government debt. Further, Nicole Joyner's intent on J6 was to peacefully demonstrate and petition the government to make America a better country. Thus, Nicole Joyner's intent was not criminal, but patriotic and necessary, in her view, so her grandchild could live in a country free from government tyranny and FBI corruption always present when an arrogant elite class remains in power for too long. The American taxpayers do not need to spend their

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

---

[11] 2024 USSG §5D1.1(b), page 435.
[12] 18 U.S.C. § 3583(a).

valuable money to supervise a grandmother that has no significant criminal record or history of violent crime.

## VII.

### RESTITUTION IS NOT APPROPRIATE

In determining whether to order restitution, the Court considers at least the following factors pursuant to 18 U.S.C.A. 3663(B)(i):

> **(B)(i)** The court, in determining whether to order restitution under this section, shall consider--
> **(I)** the amount of the loss sustained by each victim as a result of the offense; and
> **(II)** the financial resources of the defendant, the financial needs and earning ability of the defendant and the defendant's dependents, and such other factors as the court deems appropriate.
> **(ii)** To the extent that the court determines that the complication and prolongation of the sentencing process resulting from the fashioning of an order of restitution under this section outweighs the need to provide restitution to any victims, the court may decline to make such an order. 18 U.S.C.A. § 3663 (B)(i)

Thus, the Court reviews the amount of loss, the defendant's financial ability, and the impact of complicating and prolonging the sentencing process.

Using these factors, restitution is not just or appropriate in Nicole Joyner's case. **First**, the Court watched Nicole Joyner's actions on J6 by reviewing numerous videos during trial and she did not cause any damages or loss. **Second,** the government's vicious prosecution of Nicole Joyner has already had a devastating impact on her life and has depleted her financial resources. Consequently, she has no ability to pay. **Third,** the government's case is conceptually based on the "insurrection," and the "attack on democracy," which are political narratives repeated over and over to ensure effective indoctrination / mental conditioning. In truth, J6 was a riot. As in most riots, a relatively

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

small number of political zealots embarrassed the country, caused damages, and only they should have been prosecuted.

But America's great political leaders used this disgraceful event to further polarize and divide the country so these political elites could gain / maintain power. Consequently, nearly everything coming out of the government's biased political committees has been politically motivated and contaminated so the information is not reliable. Due to this political influence, it would be necessary for the Court to continue the sentencing hearing so defense experts could be retained to review the alleged damages as the current reports of damages were likely politically motivated and influenced. <u>Finally</u> and again, we already know from watching the videos that Nicole Joyner did not cause any damages or financial losses on J6.

## VIII.

## <u>APPLICATION OF 18 U.S.C. SECTION 3553 SENTENCING FACTORS</u>

The Court must consider the sentencing factors in 18 U.S.C. Section 3553(a) in determining the sentence. In pertinent part, Section 3553(a) provides as follows:

> **(a) Factors To Be Considered in Imposing a Sentence.**—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
> **(1)** the nature and circumstances of the <u>offense</u> and the history and characteristics of the defendant;
> **(2)** the need for the sentence imposed—
> **(A)** to reflect the seriousness of the <u>offense</u>, to promote respect for the law, and to provide just punishment for the <u>offense</u>;
> **(B)** to afford adequate deterrence to criminal conduct;
> **(C)** to protect the public from further crimes of the defendant; and
> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;....

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Accordingly, Defendant's Sentencing Memorandum will focus on these factors.

**A.  The nature and circumstances of the offense**

Nicole Joyner, carrying a small American flag and occasionally joining in chants of "USA—USA," walked into and, shortly thereafter, walked out of the Capitol building on January 6, 2021.  Despite violent agitators, Nicole remained a peaceful protester that adamantly refused to participate in any violence and never encouraged violence.  The Capitol Police, under orders from their superiors, allowed Nicole and others to walk into and then walk out of the Capitol.

**B.  The history and characteristics of the defendant**

Nicole has one daughter who is 25 years old and financially struggling.  Due to her daughter's financial issues, Nicole often cares for her biracial granddaughter of about four years old. During her career, Nicole worked in healthcare for about 23 years in numerous capacities.  As an independent contractor serving as an end-stage renal disease case manager patients' advocate, Nicole helped hundreds of people to obtain critical medical care to include transplant coordination services, home dialysis, and life-support services often in their last phases of life. In this capacity, she contributed significantly to alleviate the suffering of many people.  Nicole has no significant criminal record.

**C.  The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense**

The American people watched the J6 demonstrators face radical and severe punishments in contrast to the Democratic parties' zealots that had nearly free reign to burn and loot throughout America in 2020 causing hundreds of millions of dollars of riot-related damages.  After witnessing these events and the disparate treatment of people at the J6 riot, it is fair to write that

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

not just millions, not just tens of millions, but the majority of the country now perceives that the existing American legal system does NOT provide <u>Equal Justice Under Law.</u>   In fact, a Gallup poll found that Americans' confidence in their courts and legal system dropped to a record low of 35% in 2024.  By sentencing Nicole to a harsh sentence, the Court must consider that it will not promote respect for the law, but will further promote contempt for the American legal system by its own citizens.

**D.   <u>The need for the sentence imposed to afford adequate deterrence to criminal conduct</u>**

The views and perceptions of people inside the beltway are not the views of the American people.  The harsh and disparate sentences for J6 defendants have backfired and hardened the resolve of the American people against an arrogant regime of political elites.

The foundation of the American legal system is Equal Justice Under Law.  Despite the requirement to provide Equal Justice Under Law, the American people, in large numbers, now perceived that the Court's extraordinarily harsh treatment of exclusively J6 rioters is unfair and unjust.

While the J6 rioters received severe sentences, Democratic party zealots were permitted to burn and loot throughout America for "social justice," during the summer of 2020.  In 2020, the Burning, Looting, and Murder for "social justice" included but was not limited to:  The attempt to burn down the Federal Court in Portland, Oregon; The seizure of American territory to establish a "CHAZ" zone in Seattle resulting in the rape and murder of many innocent Americans; The burning down of the Minneapolis Police Station; Etc., Etc., and Etc.  In nearly all of the major crime events associated with riots for "social justice," very few people were charged and often those charges were dismissed.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Instead of focusing on violent zealots at the J6 riot, the government focused on their political opponents to suppress the surging populist movement. To crush the populist movement, the government used the J6 riot to create "Insurgency" and "Attack on Democracy," political narratives to finance the biggest criminal investigation in American history. Using this pretext, the government prosecuted their political opponents to ensure the suppression of the populist political movement. By allowing this abuse of government power to continue and sentencing the Grandmother Nicole Joyner to a harsh sentence, the Court does not deter or instill confidence in the American legal system. Instead, the Court would promote contempt for the American legal system and hardens the resolve to end the corrupt abuse of power from America's arrogant elites.

**E.** **The need for the sentence imposed to protect the public from further crimes of the defendant**

Nicole is not a criminal and has no significant criminal history. On January 6, 2021, she was motivated by her concern for the country and her granddaughter's future in an America ripe with corruption. She is not a threat to the Republic and she has never been a threat to the public. In fact, she served great public service roles by helping medical patients over a 23-year career. Accordingly, the Court does not need to sentence Nicole because she is not a threat to the public.

**F.** **The need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner**

Nicole is an independent woman without any significant criminal history. She does not need the government's assistance with classes, training, or decisions concerning her medical care.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Defendant's Sentencing Memorandum
*U.S. v. Nicole Marie Joyner;* Case No. 1:24-cr-00371-JEB
Page 10 of 19

IX.

**OTHER SENTENCING CONSIDERATIONS**

This case does not involve a criminal because Nicole Joyner is an honorable American citizen that has made significant contributions to her country. Instead of a criminal, Nicole worked 23 years in the medical field often as a patients' advocate to assist very ill and often dying people so they could obtain critical medical treatment to alleviate their suffering. During her career, Nicole's intent was to help others.

Similarly, Nicole's intent and resulting actions on J6 were motivated by a sincere belief that she must petition the government to ensure her grandchild lives in a democratic country and not a country pervasively corrupt due to an arrogant elite ruling class. Consequently, it is difficult to design a proper punishment for a very good person that sincerely believed it was her duty to petition the government for the benefit of her grandchild. Additionally, the Court must consider a remedy that does not have unintended consequences of undermining America's foundational concept of Equal Justice Under Law.

Despite America's promise of Equal Justice Under Law, the evidence shows that political zealots within the DOJ and FBI have weaponized the American justice system to pursue their political opponents. The DOJ's AG Garland has made history. Even Supreme Court Justice Neil Gorsuch stated that, "It's the first time in American history that one presidential administration was seeking to bring criminal charges against a predecessor."[13] Further, AG Garland's former Harvard Law professor, Alan Dershowitz, stated that 2024 was "one of the most dangerous years for the rule of law" in his 60 years as a lawyer.[14] Alan

---

[13] Fox article, "Gorsuch explains logic behind Supreme Court's presidential immunity ruling: 'You gave us a very hard question,' dated 8/10/2024, by Yael Halon.
[14] Newsmax article, "Alan Dershowitz to Newsmax: 2024 Dangerous Year for the Rule of Law," dated 12/31/2024, by James Morley III.

Defendant's Sentencing Memorandum
*U.S. v. Nicole Marie Joyner;* Case No. 1:24-cr-00371-JEB
Page 11 of 19

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Dershowitz admitted that he knows the legal precedent has been set for politicians to use the courts to go after their enemies, and inevitably, it will spread.[15]

The evidence, unfortunately, supports this conclusion by Professor Dershowitz. For example, the DOJ and their surrogates charged former President Trump in numerous cases with enough charges to incarcerate him for the next several hundred years. In addition to former President Trump, the DOJ and their surrogates charged former Mayor Rudy Giuliani along with numerous members of the former President's staff.

To pursue their political opponents, the DOJ had Steve Bannon and Peter Navarro prosecuted and incarcerated for contempt of Congress. But when AG Merrick Garland was held in contempt of Congress, he was not charged. The former acting U.S. Attorney General Matt Whitaker stated, "…not to charge Attorney Merrick Garland with contempt of Congress is a classic example of the two-tier system of justice…"[16]

The DOJ's concept of a new type of two-tiered legal system can be shown by the DOJ's actions in a New York case. In contrast to the extraordinary zealous prosecutions of the members of America's populist movement following J6, the DOJ ensured that a leftist political zealot and law professor named Urooj Rahman was sentenced to just 15 months in prison after she threw a bomb into a police car. For committing the terrorist act of throwing a bomb, the terrorist Urooj Rahman was sentenced to just 15 months in prison.[17] To be fair though, the DOJ had requested the harsh sentence of 18-24 months for this terrorist executing a bombing attack.[18]

---

[15] Newsmax article, "Alan Dershowitz to Newsmax; 2024 Dangerous Year for the Rule of Law," dated 12/31/2024, by James Morley III.
[16] Newsmax article, "Matthew Whitaker to Newsmax: Not Charging Garland Example of 'Two Tier System,' dated 6/17/2024, by Brian Freeman.
[17] Case 1:20-cr-00203-BMC, Document 108, Judgment in a Criminal Case, filed 11/18/2022, page 2 of 7.
[18] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 1 of 10.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

Prior to throwing her bomb, the terrorist / law professor Urooj Rahman had posted about using weapons and violence to pursue social change and she expressed her view that, "all the police stations," and "probably all the courts," needed to be burned down.[19]  The terrorist / law professor Rahman encouraged others to engage in violence.[20]  In fact, law professor Rahman provided a Molotov cocktail bomb and tried to coax a man to throw the bomb.[21]

At about 1:00 AM on May 30, 2020, Rahman ignited the bomb and threw it into a NYPD sedan compromising the safety of at least two other people in the immediate vicinity of the police vehicle.[22]  After the law professor and terrorist Rahman threw her bomb, she fled in a vehicle at a high rate of speed, but was captured by the police.[23]  After this terrorist planned terrorism, encouraged terrorism, prepared to commit terrorism, and then committed terrorism, the DOJ "zealously" prosecuted this terrorist demanding at least "18-24 months" imprisonment for executing a terrorist bomb attack.  The DOJ's "zealous" prosecution of this dangerous terrorist and traitor is in stark contrast to the DOJ's extraordinary zealous prosecutions of the people at the J6 riot associated with America's populist political movement.

As a result of the DOJ's political warfare waged in America's courts, the press created the term "Lawfare."  Historically, however, the use of the legal system to eliminate political opponents, particularly using federal police forces, has been known as tyranny.

In contrast to DOJ's financing and conducting the biggest criminal investigation in American history against participants in only the J6 riot, the DOJ has used selective prosecution to avoid prosecuting riot participants that support the ruling elite's political party.  The BLM

---

[19] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 1 of 10.
[20] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 2 of 10.
[21] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 3 of 10.
[22] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 3 of 10.
[23] Case 1:20-cr-00203-BMC, Document 94, DOJ Memorandum to Judge Cogan, filed 9/22/2022, page 3 of 10.

violence in 2020 left close to 20 people dead and caused more than $1 Billion in losses.[24] Americans watched in shock and shame as numerous riots were permitted. Rioters were allowed to burn down police stations, courts, churches, and private businesses for "social justice."

Despite all these violent riots, the largest criminal investigation in America's history involves the single riot on J6, and the FBI has made more than 1500 arrests of American citizens concerning J6. Concerning these arrests, Senator Tom Cotton stated that:

> "They have used investigative tactics and techniques against every grandma in a red MAGA hat who was within a country mile of the Capitol on the Jan. 6 riots, but they are not using, for instance, against the antifa and the BLM rioters, or the Democratic street militias that were marching outside of Supreme Court justices' homes, or that have been vandalizing statutes of veterans in direct violation of federal law and occupying college campuses and federal lands. They haven't used any of those tactics."[25]

The FBI's arresting more than 1500 people concerning the J6 protest demonstrates its determination and focus to suppress the populist political movement.

The J6 riot was violent, improper, and unjustified, but it was caused by a relatively small number of political zealots that were able to cause such a disturbance due to the Capitol's Police inexplicably incompetent security arrangements. In contrast to the J6 riot, numerous riots in 2020 were far more violent as extremists burned down police stations, courthouses, and small businesses.

For example in Seattle, violent radicals and Marxist/Communist revolutionaries seized the American Police building along with a six-block radius of the surrounding areas declaring an occupied zone known as the "Capitol Hill Autonomous Zone," or

---

[24] The Heritage Foundation, "Congress Should Investigate the Black Lives Matter Riots," dated 1/3/2023 by Mike Gonzalez.
[25] Newsmax article, "Sen. Tom Cotton: DOJ Weaponized Against Trump, Supporters," dated 7/8/2024, by Charlie McCarthy.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

CHAZ. After seizing American territory, these violent zealots built fortifications to stop the police from entering.

Without police protection, numerous people died and others suffered sexual assaults in the seized American territory. These violent zealots held American territory from June 8, 2020 until about July 3, 2020.[26] In contrast to the FBI arresting more than 1500 people concerning J6, it appears only 44 people[27] were eventually arrested for this seizure of American territory resulting in the murder and rapes of innocent American citizens.

On May 28, 2020, a crowd of hundreds had gathered near the Minneapolis Police Third Precinct.[28] The crowd began shouting "Burn it down, Burn it down."[29] After demanding that the police station be burnt down, the violent protestors tore down the fence around the police station.[30] Once the crowd tore the fence down, violent extremists set the police station on fire. In contrast to the FBI arresting more than 1500 people concerning J6, it appears that the FBI arrested four people for this violent terrorist operation of burning down a police station.[31]

On May 30, 2020, protesters gathered in downtown Nashville following the death of George Floyd.[32] Later that night, numerous people gathered in front of the Nashville

---

[26] Historylink.org, "Capitol Hill Autonomous Zone (CHAZ) or Organized Protest (CHOP) Seattle,"dated 12/30/2023, by Brad Holden, HistoryLink.org Essay 22870.
[27] Historylink.org, "Capitol Hill Autonomous Zone (CHAZ) or Organized Protest (CHOP) Seattle, dated 12/30/2023, by Brad Holden, HistoryLink.org Essay 22870.
[28] Justice.gov, DOJ Press Release, "Four Indicted In Minneapolis Police Third Precinct Arson," dated 8/25/2020.
[29] Justice.gov, DOJ Press Release, "Four Indicted In Minneapolis Police Third Precinct Arson," dated 8/25/2020.
[30] Justice.gov, DOJ Press Release, "Four Indicted In Minneapolis Police Third Precinct Arson," dated 8/25/2020.
[31] Justice.gov, DOJ Press Release, "Four Indicted In Minneapolis Police Third Precinct Arson," dated 8/25/2020.
[32] Justice.gov, DOJ Press Release, "Nashville Woman is Second to Face Federal Arson Charges in Connection with Metro Courthouse Fire," dated 8/4/2020.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

City Hall known as the Metro Courthouse.[33]  These violent zealots used crowbars and other objects to smash windows and spray graffiti on the Courthouse.  When that was not enough damage to the Court, these violent zealots set fires inside the Courthouse.[34]  In contrast to the FBI arresting more than 1500 people concerning J6, it appears the FBI arrested two people for this terrorist act to the American legal system.[35]

On May 30, 2020, protesters in Los Angeles caused the business building for Pizzeria Mozza and its related business Mozza2Go to be lit on fire causing more than $550,000 in damages.[36]  In contrast to the FBI arresting more than 1500 people concerning J6, it appears just one man was arrested for this burning and looting incident in LA.[37]

On May 30 and May 31, 2020, a protest near a shopping plaza located at 2301 East Fowler Avenue in Tampa, Florida, devolved into looting and destruction of property.[38]  During this protest, the Champs Sports store in the shopping plaza was set on fire and became fully engulfed in flames resulting in the loss of the building.[39]  In contrast to the FBI arresting more than 1500 people concerning J6, it appears one man was arrested for this burning and looting incident in Tampa.[40]

---

[33] Justice.gov, DOJ Press Release, "Nashville Woman is Second to Face Federal Arson Charges in Connection with Metro Courthouse Fire," dated 8/4/2020.
[34] Justice.gov, DOJ Press Release, "Nashville Woman is Second to Face Federal Arson Charges in Connection with Metro Courthouse Fire," dated 8/4/2020.
[35] Justice.gov, DOJ Press Release, "Nashville Woman is Second to Face Federal Arson Charges in Connection with Metro Courthouse Fire," dated 8/4/2020.
[36] Justice.gov, DOJ Press Release, "Sylmar Man Indicted on Arson Charge Alleging He Set Hollywood Pizza Restaurant Ablaze During Civil Disturbances in May," dated 8/4/2020.
[37] Justice.gov, DOJ Press Release, "Sylmar Man Indicted on Arson Charge Alleging He Set Hollywood Pizza Restaurant Ablaze During Civil Disturbances in May," dated 8/4/2020.
[38] Justice.gov, DOJ Press Release, "Tampa Man Arrested for Burning A Building During Civil Disturbance in Tampa," dated 7/13/2020.
[39] Justice.gov, DOJ Press Release, "Tampa Man Arrested for Burning A Building During Civil Disturbance in Tampa," dated 7/13/2020.
[40] Justice.gov, DOJ Press Release, "Tampa Man Arrested for Burning A Building During Civil Disturbance in Tampa," dated 7/13/2020.

On August 26, 2020, violent zealots committed arson, rioting and looting in Minneapolis following the suicide of a suspect in a homicide case.[41] A fire was started at the Target Headquarters building located at 1000 Nicollet Mall.[42] In contrast to the FBI arresting more than 1500 people concerning J6, it appears the FBI arrested one person for this terrorist incident in Minneapolis.[43]

In late August of 2020, masked BLM-Antifa rioters set the Kenosha County Courthouse and nearby city dumpster trucks on fire.[44] Rioters then set a car lot on fire.[45] The flames spread to the Bradford Community Church.[46] While the city burned, rioters looted businesses.[47] Although Courthouses were burned and businesses were looted by an organized group of violent revolutionaries, the FBI failed to devote the resources to determine the organization's structure and incarcerate these violent extremists.

Again, the BLM violence in 2020 left close to 20 people dead, and the riots caused more than $1 billion in losses, which is the costliest in U.S. history.[48] Despite all the terrible death and destruction, Black Lives Matter raised tens of millions of dollars in 2020. The original founding BLM leaders admitted they were devoted Marxist Communists and each of them now appears to have made a significant profit due to their "public service."

It is probably not necessary to provide additional examples as Americans witnessed the carnage on television as our cities, courthouses, and churches were burned

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

---

[41] Justice.gov, DOJ Press Release, "Richfield Man Charged With Arson of Target Headquarters," dated 8/11/2020.
[42] Justice.gov, DOJ Press Release, "Richfield Man Charged With Arson of Target Headquarters," dated 8/11/2020.
[43] Justice.gov, DOJ Press Release, "Richfield Man Charged With Arson of Target Headquarters," dated 8/11/2020.
[44] Andy Ngo, "Unmasked-Inside Antifa's Radical Plan to Destroy Democracy," 2021, page 23.
[45] Andy Ngo, "Unmasked-Inside Antifa's Radical Plan to Destroy Democracy," 2021, page 23.
[46] Andy Ngo, "Unmasked-Inside Antifa's Radical Plan to Destroy Democracy," 2021, page 23.
[47] Andy Ngo, "Unmasked-Inside Antifa's Radical Plan to Destroy Democracy," 2021, page 23.
[48] The Heritage Foundation, "Congress Should Investigate the Black Lives Matter Riots," Mike Gonzalez, dated 1/3/2023.

while private businesses were looted.  Despite the carnage, the FBI stood down.  Despite the death and destruction caused by these violent riots, the DOJ along with the FBI did not set up a J6 type investigation and arrest everyone within a city block of the disturbances.  These much more violent riots, inexplicably, were handled far differently by the DOJ and FBI than the J6 riot.

The DOJ's and FBI's disparate treatment of the J6 riot compared to the extraordinary violent riots in 2020 was noticed by the American people.  The people living within the "Beltway," in Washington, D.C., do not yet understand what the rest of America perceives--that the legal system has been weaponized by political zealots within the DOJ and FBI and they have made a mockery of America's promise of Equal Justice Under Law.

In fact, a Gallup poll found that Americans' confidence in their courts and legal system dropped to a record low of 35% in 2024.[49]  In contrast to the United States, the citizens of other wealthy nations still trust their legal systems.[50]  This lack of faith in America's promise of Equal Justice Under Law caused by the weaponization of the American legal system by the DOJ and FBI, will have unintended and severe consequences for America in the near future.

As Chief Justice Charles Evans Hughes wrote,  "The republic endures and this is the symbol of its faith."[51]  Without faith in America's promise of Equal Justice Under Law, America will eventually collapse and disintegrate.  Due to the DOJ's and FBI's weaponization of the legal system to persecute their political opponents, America's

---

[49] Newsmax Article, "Gallup Poll: Trust in US Court System Hits Record Low," dated 12/17/2024.
[50] Newsmax Article, "Gallup Poll: Trust in US Court System Hits Record Low," dated 12/17/2024.
[51] Supreme Court of the United States, "The Court and Constitutional Interpretation," supremecourt.gov

Defendant's Sentencing Memorandum
*U.S. v. Nicole Marie Joyner;* Case No. 1:24-cr-00371-JEB
Page 18 of 19

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com

foundational concept of Equal Justice Under Law has been undermined resulting in a lack of faith in our legal system by the American people.  As a result, the true "Threat to Democracy," and "Attack on Democracy," did not occur on J6, but afterwards with the DOJ's and FBI's weaponization of the American Justice System that has undermined America's promise of Equal Justice Under Law.

Dated this 16th day of January, 2025

Respectfully Submitted:
/s/Gregory Heritage

_____

GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 1/16/2025, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for Washington, D.C., by using the district's CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/Gregory Heritage
_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. BOX 690484 • Vero Beach, FL 32969
Phone: (907) 952-4264
Email: heritagelawfirmak@gmail.com