UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-CR-371 |
| NICOLE MARIE JOYNER | : |
| Defendant. | : |

### ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge, United States District Court